United States District Court
Southern District of Texas
**ENTERED**
September 14, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER LOCK, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:14-CV-2766 |
| | § | |
| CINDIA TORRES, *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court are the defendants' Motions for Summary Judgment. [Dkt. Nos. 59, 60.] On August 11, 2016, United States Magistrate Judge Dena Hanovice Palermo issued a Report and Recommendation ("R&R") in this case, recommending that the motions be granted. [Dkt. No. 111.] The plaintiffs filed objections on August 25. [Dkt. No. 113.]

As 28 U.S.C. § 636(b)(1)(C) requires, the Court has conducted a de novo review of the portions of the R&R to which the plaintiffs objected. The Court agrees with the R&R's conclusions and reasoning. Accordingly, the Court hereby **ADOPTS** the R&R and **GRANTS** the defendants' motions.

It is so **ORDERED**.

SIGNED on this 14th day of September, 2016.

_____
Kenneth M. Hoyt
United States District Judge